■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW J. LAMBERT, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Wyoming County Court dismissing, following a hearing, writ of habeas corpus and remanding relator to custody of Warden.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PETERSON, Appellant.— Order unanimously affirmed. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for robbery, first degree, rendered September 6, 1961.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVAN EARL OSTROFF, Appellant.— Order unanimously affirmed. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Monroe County Court denying, without a hearing, motion to vacate a judgment of conviction for manslaughter, first degree, rendered April 4, 1962.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL RICHARD GLEASON, Appellant.— Order unanimously affirmed. Memorandum: Appellant, specifically waived assignment of counsel upon this appeal. (Appeal from order of Cattaraugus County Court denying following a hearing, motion to vacate a judgment of conviction for burglary, third degree, rendered October 30, 1959.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL RICHARD GLEASON, Appellant.— Order unanimously affirmed. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Cattaragus County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, third degree, rendered October 30, 1959.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD J. FAMBO, Appellant.— Order unanimously affirmed. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for possession of burglars' instruments rendered April 24, 1962.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. ECKHARD, Appellant.— Order unanimously affirmed. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Onondaga County Court denying, without a hearing, motion to vacate two judgments of conviction, the first rendered May 24, 1946, for grand larceny, second degree, and the second rendered May 2, 1957 for burglary, third degree.) Present — Williams, P. J., Bastow, Henry and Noonan, JJ.